```
               IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA

                         Alexandria Division

BOBBY J.R. BOSTIC, II,           )
                                 )
          Plaintiff,             )
                                 )
v.                               )    Civil Action No. 1:18-cv-638
                                 )
                                 )
DEPARTMENT OF SOCIAL             )
SECURITY,                        )
          Defendant.             )
```

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge dated March 21, 2019. Defendant has not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case and having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. This Court adopts the Magistrate Judge's Report and Recommendation. Therefore, it is hereby

ORDERED that Plaintiff's Letter Brief is STRIKEN; Defendant's Motion for Summary Judgment is GRANTED; and the final decision of the Defendant is AFFIRMED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
April 26, 2019